# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-23025-CV**

RUBIN YOUNG, SYBEL W. LEE, KEITH
WILSON, WILLIE A. THOMAS,
on behalf of themselves and all others similarly situated,

**Plaintiffs,**

v.

DONALD J. TRUMP, PAM BONDI, SCOTT
HUNTER, RON DESANTIS, JAMES UTHMEIRE,
DANIELLE LEVINE CAVA, et al.,

**Defendants,**
                                                                        /

FILED BY ___MCO___ D.C.

SEP 22 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

---

### PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AND A MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MAYOR DANIELLA LEVINE CAVA

**COMES NOW,** Plaintiff, **Rubin Young**, respectfully moves for entry of default by the

Clerk pursuant to **Federal Rule of Civil Procedure 55(a)** against Defendant Mayor Daniella

Levine Cava, and states as follows:

1. Plaintiff served Defendant Mayor Daniella Levine Cava with the Summons and Complaint

   on **July 23, 2025**. (Proof of Service filed on docket). See Exhibits A thru C.

2. Pursuant to Rule 12(a)(1)(A)(i), Defendant's responsive pleading was due **21 days later,**

   **on August 13, 2025.**

3. Defendants did not file an Answer or any Rule 12(b) motion within that deadline. Instead,

   Defendant filed a **Motion to Quash Service**, which the Court has

   since **dismissed** on **September 16, 2025**.

4. As a result of that dismissal, Defendant currently has **no valid responsive pleading on**

   **file**, and her deadline to respond has long expired.

9 Pages

5. Because Defendant has failed to plead or otherwise defend, entry of default by the Clerk is now appropriate under **Rule 55(a)**. **See Exhibits A thru K.**

**WHEREFORE**, Plaintiff respectfully requests that the Clerk enter a default against Defendant Mayor Daniella Levine Cava for failure to plead or otherwise defend, as provided by Rule 55(a), Fed. R. Civ. P.

**Respectfully Submitted on September 19, 2025.**

**Signature**: _____
Rubin Young, Pro Se Plaintiff
14060 SW 258th Street
Homestead, FL 33032
786-847-9111
commtrus@yahoo.com

## CERTIFICATE OF COMPLIANCE

I, the undersigned, hereby certify, pursuant to the applicable provisions of the **Federal Rules of Civil Procedure**, including **Rule 5** and **Rule 11**, and in accordance with the **Local Rules of the United States District Court for the Southern District of Florida**, that the foregoing document:

1. **Comply with all formatting requirements**, including:

   o   Use of **Times New Roman**, 12-point font.

   o   **Double-spaced** text throughout, except for block quotations and footnotes.

   o   **One-inch margins** on all sides.

   o   Proper paragraph indentation and spacing for ease of readability and judicial review.

2. **Comply with all content limitations and word count restrictions** as set forth in the Local Rules and any applicable Standing Orders of the Court. The total word count for the body of this document, **excluding the case caption, table of contents (if any), signature block,**

2

**certificate of service, and certificate of compliance**, is approximately 1,202 **words**, as determined by the word count function of the word processing software used to prepare this document.

3. It was prepared in **good faith** and is submitted in accordance with **Rule 11**, confirming that:

   o The factual contentions have evidentiary support.

   o The legal contentions are warranted by existing law or by a nonfrivolous argument for extending or modifying the law.

   o The document is not presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

4. It has been reviewed for **typographical accuracy**, **proper citation format**, and **compliance with court filing protocols**, including electronic filing procedures and document security measures.

5. Is submitted as part of the Plaintiffs' continuing effort, as **pro se litigants**, to comply with all procedural obligations while defending **fundamental constitutional**, **electoral**, and **civil rights** under both **state and federal law**.

**Respectfully Submitted on September 19, 2025.**

**Signature**: _____

Rubin Young, Pro Se Plaintiff
14060 SW 258th Street
Homestead, FL 33032
786-847-9111
commtrus@yahoo.com

## CERTIFICATE OF INTERESTED PARTIES

**Pursuant to Local Rule 7.1.1, Southern District of Florida**

Plaintiffs **Rubin Young, Sybel W. Lee, Keith Wilson**, and **Willie A. Thomas**, appearing **pro se**, respectfully submit this Certificate of Interested Parties and state as follows:

Pursuant to **Local Rule 7.1.1**, the following individuals, entities, and public officials are believed to have a financial, political, legal, or otherwise substantial interest in the outcome of this action, or may be affected by any judgment rendered in this case:

Lists

1. **Rubin Young**, Plaintiff
2. **Sybel W. Lee**, Plaintiff
3. **Keith Wilson**, Plaintiff
4. **Willie A. Thomas**, Plaintiff
5. **Donald J. Trump**, Defendant
6. **Pam Bondi**, Defendant
7. **Scott Turner**, Defendant
8. **Governor Ron DeSantis**, Defendant
9. **Attorney General James Uthmeire**, Defendant
10. **Daniella Levine Cava**, Mayor of Miami-Dade County, Defendant
11. **Juan Fernandez-Barquin**, current Clerk of the Court & Comptroller, potentially affected party
12. **Harvey Ruvin (Deceased)**, former Clerk of the Court, whose office is central to the claims raised
13. **Miami-Dade County Supervisor of Elections**, potentially affected entity
14. **Florida Department of State, Division of Elections**, potentially affected entity
15. **Florida Attorney General's Office**, potentially interested entity in enforcement or interpretation
16. **Any other persons, agencies, or entities** who may be revealed through discovery to have a direct or indirect interest in the claims, remedies, elections, or constitutional enforcement issues arising in this litigation.

4

This disclosure is made in good faith and based upon the Plaintiffs' current knowledge. Plaintiffs reserve the right to supplement or amend this certificate as additional facts or parties become known through the course of litigation and discovery.

**Respectfully Submitted on September 19, 2025**.

**Signature**: _____
Rubin Young, Pro-Se Plaintiff
14060 SW 258th Street
Homestead, FL 33032
786-847-9111
commtrus@yahoo.com

<strong>CERTIFICATE OF SERVICE</strong>

I hereby certify that on **September 19, 2025**, I caused a true and correct copy of the foregoing document to be served upon all parties and interested persons in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, using the following methods of service:

- **Certified U.S. Mail** with return receipt requested, to ensure verifiable delivery and documentation of service.

- **Priority Mail**, where applicable, to ensure expedited service.

- **Email**, where addresses were available and permitted under the applicable rules or prior agreement between the parties.

- **U.S. Mail**, by first-class postage prepaid, to all parties for whom email, or certified mail service was not available or required.

- **Hand delivery or certified mail** to the United States Attorney's Office, as required under Federal Rule of Civil Procedure 4(i)(1) for service upon the United States or its officers or agencies.

5

The above methods of service were reasonably calculated to provide notice to all parties and comply with all applicable rules governing the service of process.

**List of Parties Served**:

- Acting United States Attorney Hayden P. O'Byrne, United States Attorney's Office, Southern District of Florida, 99 N.E. 4th Street, Miami, FL 33132
- President Donald J. Trump, The White House, 1600 Pennsylvania Ave NW, Washington, DC 20530
- U.S. Attorney General Pam Bondi, DOJ, 950 Pennsylvania Ave NW, Washington, DC 20530
- HUD Secretary Scott Hunter, 451 7th Street SW, Washington, DC 20410
- Governor Ron DeSantis, The Capitol, 400 S. Monroe St., Tallahassee, FL 32399
- Attorney General James Uthmeire, Office of the Attorney General, State of Florida, PL 01, The Capitol, Tallahassee, FL 32399
- Mayor Daniella Levine Cava, 111 NW 1st Street, Miami, FL 33128

**Respectfully Submitted on September 19, 2025.**

**Signature:** _____

Rubin Young, Pro Se Plaintiff
14060 SW 258th Street
Homestead, FL 33032
786-847-9111
commtrus@yahoo.com

6



**PRINCETON**
13500 SW 250TH ST
HOMESTEAD, FL 33032-9998
www.usps.com

07/21/2025                        12:05 PM

----------------------------------------
TRACKING NUMBERS
9589 0710 5270 2675 3563 35

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



----------------------------------------
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
----------------------------------------
PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $11.00 |
| Miami, FL 33128 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Wed 07/23/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 2675 3563 35 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 9604 5121 2982 71 | | | |
| Total | | | $20.70 |

----------------------------------------
Grand Total:                      $20.70



Exhibit B

7/30/25, 4:34 PM                    USPS.com® - USPS Tracking® Results

ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY ...

# USPS Tracking®

FAQs >

Tracking Number:

9589071052702675356335

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:57 pm on July 23, 2025 in MIAMI, FL 33128.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
Delivered, Front Desk/Reception/Mail Room

MIAMI, FL 33128
July 23, 2025, 3:57 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                    ∨

USPS Tracking Plus®                                                     ∨

Product Information                                                     ∨

See Less ∧

Track Another Package

8/26/25, 4:54 PM                                                    USPS Tracking Intranet

# Product Tracking & Reporting

**Home**        **Search**        **Reports**        **Manual Entry**        **Rates/ Commitments**        **PTR / EDW**        Cu Info

## USPS Tracking Intranet

## Delivery Signature and Address

**Tracking Number: 9589 0710 5270 2675 3563 35**

**This item was delivered on 07/23/2025 at 15:57:00**

< Return to Tracking Number View



Signature



PRESS FIRMLY TO SEAL

HOMESTEAD



# UNITED STATES
## POSTAL SERVICE ®

# PRIORITY®
# MAIL

FROM:

Robin Young
14660 SW 258th St #308
Homestead FL 33032

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

...ected ...                  ... r domestic use.

...mestic s...               ... f insurance (restrictions apply).*

...PS Trac...                ... r domestic and many international destinations.

...ted int...

...en used...                 ... ns declaration form is required.

...ce does...                ...tails regarding claims exclusions see the

...ic Mail N...

...nternatio...              ...s.com for availability and limitations of coverage.



CERTIFIED MAIL

9589 0710 5270 2267 6490 36

9589 0710 5270 2267 6490 36

...AT
...RATE

...LOPE

...ACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP



REC'D BY_____ D.C.

SEP 22 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. · MIAMI

TO:

United States District Courthouse
Wilkie D. Ferguson Jr. US Courthouse
C/o Clerk's Office Room 8 N09
400 North Miami Avenue
Miami FL 33128          2 Separate Motions
                         19 pgs
                         22 Pgs



PAPER POUCH
how2recycle.info

9/19/25