UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-23025-RAR

**RUBIN YOUNG**, *et al.*,

    Plaintiffs,

v.

**DONALD TRUMP**, *et al.*,

    Defendants.

_____/

**<u>ORDER DISMISSING CASE</u>**

**THIS CAUSE** comes before the Court upon *sua sponte* examination of the record. On January 2, 2026, the Court issued an Order Dismissing Case with Leave to Amend ("Order"), [ECF No. 86]. The Order required Plaintiffs to file an amended complaint in compliance with the Court's Order by January 14, 2026. *See* Order at 10. The Order also warned that failure to comply with the requirements set therein would result in the case being dismissed. *Id.* at 11.

"Pursuant to Fed. R. Civ. P. 41(b), a district court may *sua sponte* dismiss a [litigant's] action for failure to comply with the rules or any order of the court." *Owens v. Pinellas Cty. Sheriff's Dep't*, 331 F. App'x 654, 656 (11th Cir. 2009). "In addition to its power under Rule 41(b), a court also has the inherent ability to dismiss a claim in light of its authority to enforce its orders and provide for the efficient disposition of litigation." *Zocaras v. Castro*, 465 F.3d 479, 483 (11th Cir. 2006). "[A] dismissal without prejudice generally does not constitute an abuse of discretion because the affected party may simply re-file." *See Johnson v. DuBose*, 806 F. App'x 927, 928 (11th Cir. 2020).

Plaintiffs did not file an amended complaint, nor did they seek an extension of time to do so. Thus, Plaintiffs have not complied with the Court's Order. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice*. The Clerk of the Court is instructed to **CLOSE** the case, and any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Miami, Florida this 16th day of January, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**